IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR ORTEGA, | CIVIL ACTION NO. 3:13-CV-860 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE SCHWAB) |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this  6th  day of March, 2014, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 37) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report & Recommendation (Doc. 37) is **ADOPTED** as follows:

(1) Plaintiff's motion to withdraw his *Bivens* claims (Doc. 33) is **GRANTED**.

(2) Defendants' motion to dismiss and for summary judgment (Doc. 21) is **GRANTED in part** and **DENIED in part**. Defendants motion to dismiss the FTCA claims against all Defendants except the United States is **GRANTED** and the FTCA claims against those Defendants are **DISMISSED with prejudice**. Defendants' motion for summary judgment on Plaintiff's FTCA claim against the United States is **DENIED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge